UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEREMY PINSON, et al.,

    Plaintiffs,

v.

FEDERAL BUREAU OF INVESTIGATION, et al.,

    Defendants.

Case No. 14-cv-04319-VC

**JUDGMENT**

For the reasons stated in the order Denying, under 28 U.S.C. § 1915(g), Plaintiffs' Motions to Proceed In Forma Pauperis and Dismissing Complaint, this case is DISMISSED without prejudice to each plaintiff filing a separate complaint with the full filing fee. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: March 4, 2015

_____
VINCE CHHABRIA
United States District Judge